ACCEPTED
03-15-00341-CV
5891386
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 8:08:34 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00341-CV

_____

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/1/2015 8:08:34 AM

JEFFREY D. KYLE
Clerk

_____

**Antioch St. Johns Cemetery Company d/b/a American Memorial Park, Grand Prairie, Texas; Gerald Weatherall; and Beverly Randall-Weatherall,**
Appellants,

**v.**

**Texas Department of Banking Commissioner,**
Appellee.

_____

On Appeal from the 261st Judicial District Court, Travis County Texas
Trial Court Case No. D-1-GN-14-000367

_____

### APPELLEE'S DESIGNATION OF LEAD COUNSEL

Appellee, Texas Department of Banking Commissioner, designates Adam N. Bitter as its lead counsel on appeal.

1.      Laura A. Barbour was trial counsel when this case was tried in the 261st Judicial District Court of Travis County, Texas.

2.      Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellee Texas Department of Banking Commissioner designates Adam N. Bitter as lead counsel for this appeal.

3.      The necessary information for Adam Bitter is as follows:

Texas Bar No. 24085070
Office of the Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548

Austin, Texas  78711-2548
512-963-2422 – Direct Line
512-477-2348 – Facsimile
adam.bitter@texasattorneygeneral.gov

4.      For these reasons, Appellee requests that Adam N. Bitter be designated as lead counsel for Appellee in this case on appeal.

Dated:  July 1, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division


  /s/ Adam N. Bitter
ADAM N. BITTER
Assistant Attorney General
State Bar No. 24085070
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-2422
Facsimile: (512) 477-2348
adam.bitter@texasattorneygeneral.gov
*Counsel for Appellee, Texas Department of Banking Commissioner*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing *Appellee's Designation of Lead Counsel* was served on July 1, 2015, to the following via eFileTexas.gov service and/or as otherwise indicated below:

Kevin S. Wiley, Jr.       ***Via E-Mail: kevinwiley@lkswjr.com***
LAW OFFICES OF KEVIN S. WILEY, JR.
325 N. St. Paul St., Ste. 4400
Dallas, Texas 75201
kevinwiley@lkswjr.com
Fax: 469-619-5725
*Counsel for Appellants*


         */s/ Adam N. Bitter*
         ADAM N. BITTER